```
1  SHAWN N. ANDERSON
   United States Attorney
2  MIKEL W. SCHWAB
   JESSICA F. WESSLING
3  ERIC S. O'MALLEY
   Assistant U.S. Attorneys
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX:   (671) 472-7215

7  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 22-00020 |
|---|---|
| Plaintiff, | |
| vs. | |
| $271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"; and | **NOTICE OF CIVIL FORFEITURE ACTION** |
| $39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS", | |
| Defendants. | |

TO:  **A.Y.**
     **c/o Mark B. Hanson, Esq.**
     **Attorney at Law**
     **PMB 738, P.O. Box 10,000**
     **Saipan, MP 96950**

The enclosed Verified Complaint for Forfeiture *In Rem* is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions (hereinafter referred to as the "Supplemental Rules").

1. **DATE OF NOTICE**: January 3, 2023.

NOTICE OF CIVIL FORFEITURE ACTION
PAGE - 1

2. **FORFEITURE COMPLAINT**:

On December 30, 2022, the United States of America filed a Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") in the United States District Court for the Northern Mariana Islands, seeking forfeiture against the following property pursuant to 18 U.S.C. § 981(a)(1)(A) and (C):

    a. $271,087.88 in U.S. currency, which was seized on November 8, 2019, from Bank of Saipan Account No. ending in last four digits 0157, held in the name of "MCS"; and

    b. $39,188.38 in U.S. currency, which was seized on November 8, 2019, from Bank of Saipan Account No. ending in last four digits 2098, held in the name of "MCS".

(hereafter collectively referred to as "defendant properties").

3. **FILING OF A VERIFIED CLAIM**:

Pursuant to Supplemental Rule G(4)(b)(ii), in order to avoid forfeiture of the defendant properties, any person who wishes to assert an interest in the defendant properties must file a verified claim **within 35 days** after the date of this notice if the notice is delivered by mail, or **within 35 days** of the date of delivery if the notice is personally served and not sent by mail.

4. **CONTENTS OF VERIFIED CLAIM**:

Pursuant to Supplemental Rule G(5)(a)(i), the claim must:

    A. Identify the specific property claimed;

    B. Identify the claimant and state the claimant's interest in the property;

    C. Be signed by the claimant under penalty of perjury (*see* Title 28, United States Code, Section 1746); and

    D. Be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D).

5. **FILING OF AN ANSWER**:

If you filed a verified claim to defendant properties, you must then file an answer to the

Verified Complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, **within 21 days** after filing the verified claim.

**6. FILING WITH COURT AND SERVICE ON UNITED STATES:**

The verified claim and the answer or motion must be filed with the Office of the Clerk, United States District Court for the Northern Mariana Islands, at 1671 Gualo Rai Road, Saipan, MP 96950 and a copy of the claim and the answer or motion must be sent to the Asset Forfeiture Unit at the United States Attorney's Office, 108 Hernan Cortez Avenue, Suite 500, Hagatna, Guam 96910.

*Failure to follow the requirements set forth above may result in judgment by default taken against you for the relief demanded in the Verified Complaint, and you will lose your interest, if any, in the defendant properties. You may wish to seek legal advice to protect your interests.*

Additional procedures and regulations regarding this forfeiture action may be found at Title 19, United States Code, Sections 1602-1619, and Title 18, United States Code, Section 983. All persons and entities who have an interest in the defendant properties may, in addition to filing a claim or in lieu of filing a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to Title 28, Code of Federal Regulations, Sections 9.1, *et seq.* Such petitions must be filed with the United States Attorney's Office, and should be addressed to the Asset Forfeiture Unit.

RESPECTFULLY SUBMITTED this 3rd day of January, 2023.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: /s/ *Jessica F. Wessling*
JESSICA F. WESSLING
ERIC S. O'MALLEY
Assistant U.S. Attorneys

## PROOF OF SERVICE

I, Richard J. Bauer, Special Agent with the Federal Bureau of Investigation, personally served this Notice of Forfeiture Action on the following individual(s) at said place(s).

Name: Mark B. Hanson via ~~Luvi S. Ramel~~ RJB  Luvi S. Ramos

Place: Law Office of Mark B. Hanson

Name: _____

Place: _____

Name: _____

Place: _____

Name: _____

Place: _____

I declare under penalty of perjury that this information is true.

DATED: 01/03/2023

RICHARD J. BAUER
Special Agent
Federal Bureau of Investigation

Additional information regarding attempted service, etc.:

_____

_____

_____

NOTICE OF CIVIL FORFEITURE ACTION
PAGE - 4