SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
ERIC S. O'MALLEY
Assistant U.S. Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 22-00020 |
| Plaintiff, | |
| vs. | |
| $271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"; and | **NOTICE OF CIVIL FORFEITURE ACTION** |
| $39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS", | |
| Defendants. | |

**TO:    "MCS"**
**c/o Mark B. Hanson, Esq.**
**Attorney at Law**
**PMB 738, P.O. Box 10,000**
**Saipan, MP 96950**

The enclosed Verified Complaint for Forfeiture *In Rem* is sent pursuant to Rule G(4)(b) of

the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions

(hereinafter referred to as the "Supplemental Rules").

1. **DATE OF NOTICE**:  January 3, 2023.

NOTICE OF CIVIL FORFEITURE ACTION
PAGE - 1

2. **FORFEITURE COMPLAINT**:

On December 30, 2022, the United States of America filed a Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") in the United States District Court for the Northern Mariana Islands, seeking forfeiture against the following property pursuant to 18 U.S.C. § 981(a)(1)(A) and (C):

    a. $271,087.88 in U.S. currency, which was seized on November 8, 2019, from Bank of Saipan Account No. ending in last four digits 0157, held in the name of "MCS; and

    b. $39,188.38 in U.S. currency, which was seized on November 8, 2019, from Bank of Saipan Account No. ending in last four digits 2098, held in the name of "MCS".

(hereafter collectively referred to as "defendant properties").

3. **FILING OF A VERIFIED CLAIM:**

Pursuant to Supplemental Rule G(4)(b)(ii), in order to avoid forfeiture of the defendant properties, any person who wishes to assert an interest in the defendant properties must file a verified claim ***within 35 days*** after the date of this notice if the notice is delivered by mail, or ***within 35 days*** of the date of delivery if the notice is personally served and not sent by mail.

4. **CONTENTS OF VERIFIED CLAIM**:

Pursuant to Supplemental Rule G(5)(a)(i), the claim must:

A. Identify the specific property claimed;

B. Identify the claimant and state the claimant's interest in the property;

C. Be signed by the claimant under penalty of perjury (*see* Title 28, United States Code, Section 1746); and

D. Be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D).

5. **FILING OF AN ANSWER**:

If you filed a verified claim to defendant properties, you must then file an answer to the

1  Verified Complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, *within 21*

2  *days* after filing the verified claim.

3  **6.  FILING WITH COURT AND SERVICE ON UNITED STATES**:

4  The verified claim and the answer or motion must be filed with the Office of the Clerk,

5  United States District Court for the Northern Mariana Islands, at 1671 Gualo Rai Road, Saipan,

6  MP 96950, and a copy of the claim and the answer or motion must be sent to the Asset Forfeiture

7  Unit at the United States Attorney's Office, 108 Hernan Cortez Avenue, Suite 500, Hagatna, Guam

8  96910.

9  *Failure to follow the requirements set forth above may result in judgment by default*

10  *taken against you for the relief demanded in the Verified Complaint, and you will lose your*

11  *interest, if any, in the defendant properties.  You may wish to seek legal advice to protect your*

12  *interests.*

13  Additional procedures and regulations regarding this forfeiture action may be found at Title

14  19, United States Code, Sections 1602-1619, and Title 18, United States Code, Section 983.  All

15  persons and entities who have an interest in the defendant properties may, in addition to filing a

16  claim or in lieu of filing a claim, submit a Petition for Remission or Mitigation of the forfeiture for

17  a non-judicial determination of this action pursuant to Title 28, Code of Federal Regulations,

18  Sections 9.1, *et seq*.  Such petitions must be filed with the United States Attorney's Office, and

19  should be addressed to the Asset Forfeiture Unit.

20  RESPECTFULLY SUBMITTED this 3rd day of January, 2023.

21  SHAWN N. ANDERSON
   United States Attorney
22  Districts of Guam and the NMI

23  By: */s/ Jessica F. Wessling*
   JESSICA F. WESSLING
24  ERIC S. O'MALLEY
   Assistant U.S. Attorneys

1

**PROOF OF SERVICE**

2

I, Richard J. Bauer, Special Agent with the Federal Bureau of Investigation, personally

3

served this Notice of Forfeiture Action on the following individual(s) at said place(s).

4

Luvi S. Ramos

Name: Mark B. Hanson via ~~Luvi S. Ramel~~ pse

5

Place: Law Office of Mark B. Hanson

6

7

Name: _____

8

Place: _____

9

10

Name: _____

11

Place: _____

12

Name: _____

13

Place: _____

14

I declare under penalty of perjury that this information is true.

15

DATED: 01/03/2023

16

17

18

RICHARD J. BAUER
Special Agent
Federal Bureau of Investigation

19

20

Additional information regarding attempted service, etc.:

21

_____

22

_____

23

_____

24