SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
ERIC S. O'MALLEY
Assistant U.S. Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
*Attorneys for the United States of America*

F I L E D
Clerk
District Court

JAN 06 2023

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>$271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"; and<br><br>$39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS";<br><br>    Defendants. | CIVIL CASE NO. 22-00020<br><br>**WARRANT OF ARREST *IN REM*** |

TO:   UNITED STATES MARSHALS SERVICE and/or ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on December 30, 2022, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the Northern Mariana Islands against the above-captioned defendant properties, alleging that the defendant properties are subject to seizure and civil forfeiture to the United States for the reasons set out in the Verified Complaint for Forfeiture *In Rem*; and

WHEREAS, the defendant properties are currently in the possession, custody, and control of the United States; and

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, (hereinafter referred to as the "Supplemental Rules"), directs the Clerk of the Court to issue a Warrant of Arrest *in Rem* for the defendant properties; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *in Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest and take into your possession the above-captioned defendant properties by serving a copy of this Warrant on the custodian in whose possession, custody, or control the defendant properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the Return on Warrant of Arrest *in Rem*, identifying the individual(s) upon whom copies of the

WARRANT OF ARREST *IN REM*

Warrant of Arrest *in Rem* was served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Northern Mariana Islands, have caused the foregoing Warrant of Arrest *in Rem* to be issued pursuant to the authority of Supplemental Rule G(3)(b)(i) and the applicable laws of the United States.

Dated: January 6, 2023

CLERK OF THE COURT
United States District Court

By: *[signature]*
Heather L. Kennedy

WARRANT OF ARREST *IN REM*

2