SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
ERIC S. O'MALLEY
Assistant U.S. Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CIVIL CASE NO. 22-00020 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| $271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"; and | |
| $39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS", | |
| Defendants. | |

I, Nathan Miyake, Special Agent for the Internal Revenue Service-Criminal Investigation, hereby certify that on the 10th of January, 2023, I caused to be served, by personal hand delivery service to the Law Office of Mark B. Hanson, PMB 738, P.O. Box 10,000, Saipan, Mariana Islands 96950, true and correct copy of the following:

1. Warrant of Arrest *in Rem* filed January 6, 2023

Upon the following:

1. "MCS";

CERTIFICATE OF SERVICE
PAGE - 1

2. A.Y.; and

3. Mark B. Hanson, Attorney.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

RESPECTFULLY SUBMITTED this 2nd day of February, 2023.

NATHAN MIYAKE
Special Agent
Internal Revenue Service-Criminal Investigation

CERTIFICATE OF SERVICE
PAGE - 2