MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, N. Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262
E-mail: markbhanson@gmail.com

Attorney for *Claimants Marianas Consultancy Services, LLC and Alfred Yue*

FILED
Clerk
District Court

FEB 0 7 2023

for the Northern Mariana Islands
By _____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"<br><br>and<br><br>$39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS,"<br><br>Defendants. | CASE NO.   1:22-cv-00020<br><br>ENTRY OF APPEARANCE<br>OF<br>CLAIMANTS' COUNSEL |

PLEASE TAKE NOTICE that the undersigned, MARK B. HANSON, hereby enters this written appearance as counsel for Claimants Marianas Consultancy Services, LLC and Alfred Yue in the above-captioned proceedings. Please direct correspondence and service of all future filings in this matter to the undersigned.

//

//

//

Respectfully submitted this 7th day of February, 2023.

*[signature]*

_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, N. Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail:      markbhanson@gmail.com

Attorney for *Claimants Marianas Consultancy Services, LLC and Alfred Yue*

# CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via personal service on the United States Attorney's Office of the Districts of Guam and the Northern Mariana Islands in Saipan and via email to the following counsel for the Government:

Mikel Schwab, AUSA (mikel.schwab@usdoj.gov)
Jessica F. Wessling, AUSA (Jessica.F.Cruz@usdoj.gov)
Eric S. O'Malley, AUSA (Eric.O'Malley@usdoj.gov)
UNITED STATES ATTORNEY'S OFFICE
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtna, Guam 96910

DATED: February 7, 2023

_____
MARK B. HANSON