MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, N. Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:       markbhanson@gmail.com

Attorney for *Claimants Marianas Consultancy Services, LLC and Alfred Yue*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"<br><br>and<br><br>$39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS,"<br><br>        Defendants. | CASE NO.   1:22-cv-00020<br><br>VERIFIED CLAIM |

CLAIMANTS Marianas Consultancy Services, LLC and Alfred Yue file this Verified Claim in the above-captioned civil forfeiture proceedings pursuant to Rule G(5)(a) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions and state as follows:

1. PROPERTY CLAIMED (the "Seized Property"):

    a.    $271,087.88 in U.S. Currency seized on November 8, 2019 from Bank of Saipan Account Number ending in last four digits 0157 held in the name of "MCS"; and

b.     $39,188.38 in U.S. Currency seized on November 8, 2019 from Bank of Saipan Account Number ending in last four digits 2098 held in the name of "MCS."

2. IDENTIFICATION OF CLAIMANTS:

a.     Claimant Marianas Consultancy Services, LLC ("MCS") is a limited liability company formed in February 2014 pursuant to the laws of the Commonwealth of the Northern Mariana Islands with its principal place of business in Saipan, Commonwealth of the Northern Mariana Islands and mailing address PMB 997, P.O. Box 10,000, Saipan, MP 96950.

b.     Claimant Alfred Yue is, and was at all times relevant to this Verified Claim, the sole member of MCS, a United States Citizen and a resident of Saipan with mailing address PMB 997, P.O. Box 10,000, Saipan, MP 96950.

3. CLAIMANTS' INTEREST IN THE SEIZED PROPERTY:

a.     Claimant MCS is the beneficial owner of the bank accounts from which the Seized Property was seized and the beneficial owner of all of the Seized Property seized from those two bank accounts.

b.     As the sole member of MCS, Claimant Alfred Yue also has a vested property interest in some or all of the Seized Property as the beneficial owner/distributee of the profits and earnings of MCS and for payment or reimburse for expenses, taxes and other MCS obligations to Alfred Yue.

### VERIFICATION OF CLAIM

I, Alfred Yue, for myself and on behalf of Marianas Consultancy Services, LLC, hereby swear under penalty of perjury that the forgoing is true and correct and that this Verification was executed by me this 6th day of February, 2023 in Saipan, Commonwealth of the Northern Mariana Islands, USA.

ALFRED YUE

Respectfully submitted this 7th day of February, 2023.

_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, N. Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:        markbhanson@gmail.com

Attorney for *Claimants Marianas Consultancy Services, LLC and Alfred Yue*

# CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via personal service on the United States Attorney's Office of the Districts of Guam and the Northern Mariana Islands in Saipan and via email to the following counsel for the Government:

> Mikel Schwab, AUSA (mikel.schwab@usdoj.gov)
> Jessica F. Wessling, AUSA (Jessica.F.Cruz@usdoj.gov)
> Eric S. O'Malley, AUSA (Eric.O'Malley@usdoj.gov)
> UNITED STATES ATTORNEY'S OFFICE
> 4 Sirena Plaza, Suite 500
> 108 Hernan Cortez Avenue
> Hagâtna, Guam 96910

DATED: February 7, 2023

_____
MARK B. HANSON