F I L E D
Clerk
District Court

FEB 24 2023

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"<br><br>and<br><br>$39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS,"<br><br>Defendants. | CASE NO. 1:22-cv-00020<br><br>**ORDER EXTENDING RULE G(5)(b) PLEADING DEADLINE** |

Pursuant to a Stipulated Motion between Claimants Marianas Consultancy Services, LLC and Alfred Yue and the Government (ECF No. 9), and FOR GOOD CAUSE SHOWN, the Court HEREBY EXTENDS the pleading deadline of Rule G(5)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions to **Friday, March 31, 2023**.

SO ORDERED this 24th day of February, 2023.

_____
Hon. Ramona V. Manglona
Chief Judge

ORDER