SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
ERIC S. O'MALLEY
Assistant U.S. Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 22-00020 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| $271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"; and | |
| $39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS", | |
| Defendants. | |

I, Sasha Presnell, am employed as a Paralegal with the United States Attorney's Office, and hereby certify that on January 10, 2023, I caused to be served, via email of the Warrant of Arrest *In Rem* (attached as Exhibit 1) to Brandy M. McKibben, Special Agent – Asset Forfeiture Coordinator for the Internal Revenue Service-Criminal Investigation, who is in possession, custody and control of the Defendant's funds.

I declare under penalty of perjury under the laws of the United States of America that the

CERTIFICATE OF SERVICE
PAGE - 1

foregoing information contained in the Certificate of Service is true and correct.

RESPECTFULLY SUBMITTED this 22nd day of March, 2023.

_____
Sasha Presnell
Paralegal

CERTIFICATE OF SERVICE
PAGE - 2