F I L E D
Clerk
District Court
APR 03 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   vs.<br><br>$271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS"<br><br>           and<br><br>$39,188.38 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 2098, HELD IN THE NAME OF "MCS,"<br><br>           Defendants. | CASE NO. 1:22-cv-00020<br><br><br><br>**ORDER EXTENDING RULE G(5)(b) PLEADING DEADLINE** |

Pursuant to a second Stipulated Motion between Claimants Marianas Consultancy Services, LLC and Alfred Yue and the Government (ECF No. 12), and FOR GOOD CAUSE SHOWN, the Court HEREBY EXTENDS the pleading deadline of Rule G(5)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions to **Friday, April 7, 2023**.

SO ORDERED this 3rd day of April, 2023.

_____
RAMONA V. MANGLONA
Chief Judge

ORDER