F I L E D
 Clerk
 District Court

JUN 08 2023

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

1:22-cv-00020                                      June 8, 2023
                                                   11:10 a.m.

**UNITED STATES OF AMERICA v. $271,087.88 IN U.S. CURRENCY SEIZED FROM BANK OF SAIPAN ACCOUNT NO. ENDING IN LAST FOUR DIGITS 0157, HELD IN THE NAME OF "MCS" ET AL.,**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           PAMELA HUYNH, LAW CLERK
           FRANCINE ATALIG, COURTROOM DEPUTY
           ERIC S. O'MALLEY, ATTORNEY FOR PLAINTIFF
           ASHLEY KOST, ATTORNEY FOR PLAINTIFF
           MARK B. HANSON, ATTORNEY FOR CLAIMANT

PROCEEDINGS:   MOTION TO DISMISS VERIFIED COMPLAINT FOR FORFEITURE IN REM

Court addressed Claimants' Motion to Dismiss Verified Complaint for Forfeiture In Rem, ECF No. [16]. Court addressed factual points regarding vendor license fee. Counsel argued in response.

Attorney Hanson argued in support of the motion to dismiss and made arguments for dismissal on the alleged grounds for forfeiture. Attorney O'Malley argued in opposition to the motion to dismiss and in response to the Claimant's arguments for dismissal. Attorney Hanson made further arguments regarding scheme 2 – Honest Services Wire Fraud. Attorney Hanson further argued in response to the Government's opposition and response to the motion to dismiss. Court had questions and counsel responded.

Court apprised the parties of its inclination to grant the motion to dismiss with leave to amend.

Court took the matter under submission. Order to be issued.


                                          Adjourned at 12:50 p.m.
                                          /s/ Francine Atalig, Courtroom Deputy

_____

CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 06/08/2023. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____